# In the United States District Court
# For the Middle District of Alabama

**TARSHA NICKOL HUNTER,**

    Plaintiff(s)

vs.

**MOBIS ALABAMA, LLC**

    Defendant(s).

SUMMONS
(Issued pursuant to Rule 4
of the Federal Rules of
Civil Procedure or other
appropriate laws.)

CIVIL ACTION NO.:

2:07-CV-427-WHA

TO DEFENDANT **Mobis Alabama, LLC; c/o The Corporation Company; 2000 Interstate Park Drive, Suite 204; Montgomery, AL 36107**
    (Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):
**Heather N. Leonard, Heather Leonard, P.C.**
(Name and Address)
**The Gross Building; 2108 Rocky Ridge Road, Suite 1; Birmingham, AL 35216**

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/17/07

CLERK: *Debra P. Hackett*
By: [signature] Deputy Clerk

SEE REVERSE SIDE FOR RETURN
(If First Class Mail is utilized in
service of complaint, use Form 18-A
in lieu of reverse side of this summons.)

NOTE: A separate summons must be prepared for each defendant.

(SEAL OF COURT)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

⹂AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*

                                          _____
                                          *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.