| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) The Corporation Company  C. Date of Delivery 5/18/07<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>2:07cv427 |
| 1. Article Addressed to:<br><br>Mobis Alabama, LLC<br>C/o The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0001 3936 7571 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540