IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.:  2:07cv-427-WHA |
| ) | |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## AMENDED REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on August 22, 2007 by telephone and was attended by:

   Heather N. Leonard
   Heather N. Leonard, P.C.
   Attorney for Plaintiff Tarsha Hunter


   Henry C. Barnett, Jr.
   Capell & Howard, P.C.
   Attorney for Defendant Mobis Alabama LLC

2. **Pre-Discovery Disclosures**.  The parties will exchange by July 30, 2007 the information required by Federal Rules of Civil Procedure 26(a)(1).

3. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff's claims and damages as set forth in the pleadings.

      2. All information pertaining to Defendant's defenses.

      3. Facts known to other persons believed to have discoverable information relevant to the claims and defenses of the parties.

1099350

  b. All discovery commenced in time to be completed by June 23, 2008.

  c. There will be a maximum of thirty (30) interrogatories including discrete sub-parts by each party to any other party. Responses are due 30 days after service.

  d. There will be a maximum of thirty (30) requests for production including discrete sub-parts by each party to any other party. Responses are due 30 days after service.

  e. There will be a maximum of twenty-five (25) requests for admission including discrete sub-parts by each party to any other party. Responses are due by 30 days after service.

  f. The parties agree that no more than eight (8) depositions may be taken by a party without leave of the court or agreement of the parties. Except as stated below, each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties. The depositions of the Plaintiff and Defendant's 30(b)(6) witness will be limited to 9½ hours unless extended or modified by agreement of the parties or approved by the Court.

  g. Reports from retained experts under Rule 26(a)(2) will be due:
from Plaintiff by April 2, 2008
from Defendant by May 2, 2008

  h. Supplementations under Rule 26(e) are due within thirty (30) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing.

  i. Electronic Discovery: Disclosure or discovery of electronically stored information should be handled as follows: Both parties agree that they will submit electronically stored information in a form useful by the other party. If data stored is in specialized software or programs, the party retaining such information agrees to make available to the other parties the necessary software or program to review the data. If this is not reasonably possible, the party retaining such information agrees to convert the information into a format which the other party can use or to reproduce the information into paper form. If no such means are available, the parties agree to allow the opposing party to access the information at a prearranged time and place. The provision does not purport to waive any party's objection to production on the grounds that the information is not reasonably accessible due to undue burden or cost.

1099350

4. **Other Items**.

   a. **Scheduling Conference**
   The parties do not request a conference with the court before entry of the scheduling order.

   b. **Pretrial Conference**
   The parties request a pretrial conference on or about July 2, 2008.

   c. **Additional Parties, Claims and Defenses**
   Plaintiff should be allowed until October 24, 2007 to join additional parties and to amend the pleadings.

   Defendant should be allowed until November 23, 2007 to join additional parties and to amend the pleadings.

   d. **Dispositive Motions**
   All potentially dispositive motions should be filed by April 4, 2008.

   e. **Settlement**
   Parties will evaluate settlement possibilities on a continuing basis.

   A face-to-face settlement conference should take place by April 25, 2008.

   Plaintiff is to file a Notice Concerning Settlement Conference and Mediation by April 30, 2008.

   f. **Trial Evidence**
   The final list of witnesses and trial evidence under Rule 26(a)(3) should be due July 11, 2008.

   The Parties should have fourteen (14) days after service to list objections under Rule 26(a)(3).

   Identification of responsive parts to depositions should be due by July 22, 2008.

   Voir dire questions, motions in limine fully briefed, and any proposed jury instructions should be due by July 28, 2008.

   g. **Trial Date**
   The case should be ready for trial by August 11, 2008 and at this time is expected to take approximately three (3) days.

1099350

Respectfully submitted on this the 22nd day of August, 2007.


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com



s/Heather N. Leonard
HEATHER N. LEONARD (NEW018)
*ATTORNEY FOR PLAINTIFF*
HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216
Heather@lawyerheather.com

1099350