IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv427-WHA |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

The Defendant's Motion for Summary Judgment (Doc. # 16), filed on March 31, 2008, will be deemed submitted to this Court on April 29, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by April 29, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before April 22, 2008.

The Defendant shall have until April 29, 2008, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 1st day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE