# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TARSHA NICKOL HUNTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Civil Action No.:** |
| | ) **2:07cv-427-WHA** |
| **MOBIS ALABAMA, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Amended Scheduling Order of August 23, 2007, the parties file with the Court the following Joint Status Report:

1. **Nature of the Case.** The Plaintiff, Tarsha Nickol Hunter, brings this action pursuant to pregnancy discrimination under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act of 1978, alleging that the Defendant, MOBIS Alabama, LLC, discriminated against her based on her pregnancy. The Defendants deny engaging in any unlawful conduct.

2. **Current Status.** The parties have completed discovery on this case.

3. **Settlement Prospects.** The Plaintiff is open to discussing resolution of this matter. The Defendant believes strongly that this case

should be dismissed on summary judgment and therefore does not believe that face-to-face settlement discussions or mediation would be fruitful. For this reason, the parties request that the April 24th 2008 deadline for a face-to-face settlement conference be deferred until after Defendant's pending dispositive motion is decided.

Dated this 21st day of April, 2008.

Respectfully submitted,

/s/ Heather N Leonard
Heather N. Leonard
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama  35216
(205) 978-7899 - phone
(205) 278-1400 - facsimile
Heather@HeatherLeonardPC.com

/s/ Henry C. Barnett, Jr.
Henry C. Barnett, Jr.
ATTORNEY FOR DEFENDANT

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102
(334) 241-8000- phone
(334) 241-8259 - facsimile
hcb@chlaw.com