IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv427-WHA |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Joint Status Report (Doc. #19), filed by the parties on April 21, 2008. The court construes this report to be a joint motion to extend the deadline for a face-to-face settlement conference. Doing so, the motion is GRANTED, and it is hereby

ORDERED that the requirement for the parties to have a face-to-face settlement conference is deferred until after determination of the Defendant's dispositive motion.

DONE this 22nd day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE