IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:07-CV-427-WHA |
| vs. | ) |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MOBIS' MOTION FOR EXTENTION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO MOBIS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant MOBIS Alabama, LLC (hereinafter "MOBIS") and requests a fourteen (14) day extension of the current deadline (Tuesday, April 29, 2008) for MOBIS to file its reply to Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgment. As grounds therefore, MOBIS shows the following:

1. On March 31, 2008, MOBIS filed its Motion for Summary Judgment and Memorandum of Law in Support of Defendant's Motion for Summary Judgment (Doc. #'s 16 & 17). MOBIS filed its Motion for Summary Judgment four (4) days ahead of its April 4, 2008, deadline.

2. On April 22, 2008, Plaintiff timely filed her Brief in Opposition to The Defendant's Motion for Summary Judgment and Evidentiary Submission (Doc.'s 21 & 22) (Plaintiff's Opposition Brief).

3. Pursuant to this Court's Order (Doc. # 18) establishing a briefing schedule on MOBIS' Motion for Summary Judgment, MOBIS' reply to Plaintiff's response is due on Tuesday, April 29, 2008.

4. The father of Jay Kim, MOBIS' CFO and the person Plaintiff accuses of pregnancy discrimination, was killed in an automobile accident in Korea on Tuesday April 23, 2008. Mr. Kim has returned to his native Korea to attend his father's funeral and handle necessary affairs. Kim is expected to be in Korea for approximately two (2) weeks.

5. MOBIS' counsel needs to confer with Kim regarding Plaintiff's Opposition Brief and needs to secure a supplemental affidavit from him in that regard.

6. Neither the undersigned counsel nor MOBIS consider it appropriate to contact Kim so soon after his father's death, but rather hope to do so toward the end of the week of April 28, 2008. Even then, there may be problems because, due to language issues, Mr. Kim is difficult to communicate with other than in person.

7. Additionally, the undersigned and his employment law associate have numerous pending deadlines between now and April 29, 2008, which would not allow them to give MOBIS' reply the attention it deserves.

8. Plaintiff's counsel does not oppose this request, which would cause no harm or prejudice to either party, nor unduly delay the progress of this case.

9. Discovery is complete or virtually complete.

WHEREFORE, MOBIS respectfully requests this Court to enter an Order extending the deadline for filing its reply to Plaintiff's Brief in Opposition to The Defendant's Motion for Summary Judgment to and including May 13, 2008.

Respectfully submitted this the 24th day of April, 2008.

    **/s/ Henry C. Barnett, Jr.**
    **HENRY C. BARNETT, JR. (BAR037)**

    *Attorneys for Defendant*

**OF COUNSEL**:
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102
Telephone:  (334) 241-8059
Facsimile:   (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2008, I served a copy of the foregoing document on those persons listed below via email transmission and by placing same in the United States Mail postage prepaid and properly addressed.

Heather N. Leonard
Heather N. Leonard, P.C.
2108 Rocky Ridge road
Suite 1
Birmingham, Alabama 35216

    /s/ Henry C. Barnett, Jr.
    OF COUNSEL