IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No.: 2:07-CV-427-WHA |
| vs. | ) |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT MOBIS' MOTION FOR EXTENTION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO MOBIS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant MOBIS Alabama, LLC (hereinafter "MOBIS") and requests a fourteen (14) day extension of the current deadline (Tuesday, April 29, 2008) for MOBIS to file its reply to Plaintiff's Brief in Opposition to the Defendant's Motion for Summary Judgment. As grounds therefore, MOBIS shows the following:

1. On March 31, 2008, MOBIS filed its Motion for Summary Judgment and Memorandum of Law in Support of Defendant's Motion for Summary Judgment (Doc. #'s 16 & 17). MOBIS filed its Motion for Summary Judgment four (4) days ahead of its April 4, 2008, deadline.

2. On April 22, 2008, Plaintiff timely filed her Brief in Opposition to The Defendant's Motion for Summary Judgment and Evidentiary Submission (Doc.'s 21 & 22) (Plaintiff's Opposition Brief).

**MOTION GRANTED**

SO ORDERED
THIS 24th DAY OF April, 2008

_____
UNITED STATES DISTRICT JUDGE

1