IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:07-CV-427-WHA |
| vs. | ) |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MOBIS' MOTION TO RECONSIDER ORDER
DENYING MOBIS' MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** the Defendant MOBIS Alabama, LLC (hereinafter "MOBIS") and respectfully submits the following Motion to Reconsider Order Denying MOBIS' Motion for Summary Judgment (Doc. no. 27).

1. In addition to the arguments presented in MOBIS' Motion for Summary Judgment and Memorandum of Law in Support thereof and its Memorandum of Law in Reply to Plaintiff's Opposition thereto (Doc. nos. 16, 17 & 25), MOBIS respectfully requests that the Court revisit several undisputed facts and legal principles that, even considered in the light most favorable to Plaintiff, compel summary judgment in MOBIS' favor.

2. MOBIS respectfully requests that this Court apply the long-standing *prima facie* case standard for pregnancy discrimination cases. The facts of the case at bar fit the traditional PDA *prima facie* case paradigm, requiring Plaintiff to present evidence of a

1

similarly-situated comparator. MOBIS submits that the cases cited by the Court in support of considering other circumstantial evidence when the Plaintiff fails to identify a comparator are factually and legally distinguishable.

3. Additionally, Plaintiff's circumstantial "evidence" is comprised of unsubstantiated allegations, and does not create a genuine issue of fact for purposes of summary judgment. Plaintiff cannot rely on conclusory allegations or suspicions of discrimination, but must come forward with evidence demonstrating "such weaknesses, implausibilities, inconsistencies, incoherencies, or contradictions in the employer's proffered legitimate reasons for its action that a reasonable fact finder could find them unworthy of credence." *Chapman v. AI Transport,* 229 F.3d 1012, 1037 (11th Cir. 2000) (en banc); *Combs v. Plantation Patterns,* 106 F.3d 1519, 1543 (11th Cir. 1997).

4. In conclusion, MOBIS respectfully requests that the Court reconsider its 6/2/08 Order denying its Motion for Summary Judgment for the reasons stated in the Memorandum of Law in Support of Motion to Reconsider, filed contemporaneously herewith. MOBIS submits that this Court should reconsider its 6/2/08 Order and enter summary judgment in MOBIS' favor as to all counts against it contained in Hunter's Complaint, dismiss the

Complaint and all claims in this lawsuit against MOBIS with prejudice.

Respectfully submitted,

/s/ Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR 037)**
ATTORNEY FOR DEFENDANTS

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8259

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was served upon the following via CM/ECF Electronic Filing System on this the 16th day of June, 2008.

Heather N. Leonard
Heather N. Leonard, P.C.
2108 Rocky Ridge road
Suite 1
Birmingham, Alabama 35216

/s/ Henry C. Barnett, Jr.
OF COUNSEL

3