IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TARSHA NICKOL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:07-cv-427-WHA |
| | ) | |
| | ) | (WO) |
| MOBIS ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The court has carefully considered the Defendant's Motion for Reconsideration and accompanying brief. (Docs. # 28, 29.)  One issue raised by the Defendant in its brief was the court's consideration of "unsubstantiated rumors" regarding terminations of other pregnant employees in the past. (Doc. # 29 at 14-17.)  After reviewing all of the evidence in the light most favorable to the Plaintiff, as required for purposes of summary judgment, and after fully considering all of Defendant's arguments, the court finds that, even without considering this challenged evidence, there is still sufficient evidence to create an inference from which a jury could reasonably conclude that the Defendant intended to discriminate on the basis of the Plaintiff's pregnancy.  The admissibility of the challenged evidence, as well as any other proffered evidence, may be raised by a motion in limine before trial.

For the foregoing reasons, it is hereby ORDERED that:

1. The Defendant's Motion for Reconsideration is DENIED.

Done this 17th day of June, 2008.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE