IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07cv-427-WHA |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE CONCERNING**
**SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to this Court's Amended Scheduling Orders of August 23, 2007, and April 22, 2008, the parties file with the Court the following Joint Status Report concerning the face-to-face settlement conference held between the parties on June 18, 2008:

1. **Nature of the Case**. The Plaintiff, Tarsha Nickol Hunter, brings this action pursuant to pregnancy discrimination under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act of 1978, alleging that the Defendant, Mobis Alabama, LLC, discriminated against her based on her pregnancy. The Defendant denies engaging in any unlawful conduct.

2. **Current Status**. The parties have completed discovery in this case, and this Court has ruled on all dispositive motions. A pretrial conference is set in this

action for July 2, 2008. Trial is set for the trial term beginning in Montgomery, Alabama on August 11, 2008.

    3.    **Settlement Prospects**.

On June 18, 2008, the parties met in Montgomery, Alabama for a face to face meeting to discuss settlement. A settlement was not reached. The parties have, and will continue to discuss settlement. Mediation by a federal magistrate judge may assist the parties in reaching a resolution if it can be scheduled in the very near future before the parties are forced to incur additional attorneys' fees and expenses associated with pretrial preparation.

    Dated this 26th day of June, 2008.

                                                           Respectfully submitted,

                                                           /s/ Heather N. Leonard
                                                           Heather N. Leonard
                                                           ATTORNEY FOR PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, AL 35216
(205) 978-7899 - phone
(205) 278-1400- facsimile
Heather@HeatherLeonardPC.com

                                                           /s/ Henry C. Barnett, Jr.

                                                Henry C. Barnett, Jr.
                                                ATTORNEY FOR DEFENDANT

OF COUNSEL:

Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102
(334) 241-8000
(334) 241-8259