IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 2:07-cv-427-WHA |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

_____

PLAINTIFF'S WITNESS LIST
_____

Pursuant to Rule 26 (a)(3), Federal Rules of Civil Procedure, the plaintiff hereby submits that the following individuals may be called at the trial of this case:

**Primary Witnesses Which the Plaintiff Will Likely Call:**

1.  **Tarsha Hunter**
    c/o Heather Leonard
    HEATHER LEONARD, P.C.
    2108 Rocky Ridge Road, Suite 1
    Birmingham, Alabama 35216

2.  **Jay Kim**
    c/o Henry C. Barnett, Jr.
    Capell & Howard
    150 South Perry Street, Suite 3710
    Montgomery, AL 36102

3. **Tracy Riedler**
   c/o Henry C. Barnett, Jr.
   Capell & Howard
   150 South Perry Street, Suite 3710
   Montgomery, AL 36102

4. **Sonechka Womack**
   2113 Woodmere Loop
   Montgomery, AL 36117

**Secondary Witnesses Which the Plaintiff May Call:**

5. **Lajarra Jefferson**
   c/o Adam Porter
   2301 Morris Avenue, Suite 102
   Birmingham, AL 35203

6. **Wanda Davis**
   4225 Hartford Street
   Montgomery, AL 36116

7. **Ken Ziegler**
   4271 Burtonway Drive
   Montgomery, AL 36116

8. **Nicole Boswell**
   2516 Hanloe Court
   Montgomery, AL 36116

9. **Claudine "Dean" Seales**
   6055 Karen Valley Cove
   Montgomery, AL 36117

10. **Felandra Lee**
    735 Dunbarton Road
    Montgomery, AL 36116

11.  **Tamika Lee**
     681-B Covered Bridge Parkway
     Prattville, AL 36066

12.  **Natalie Crosskey**
     40 Fairlane Drive
     Montgomery, AL 36106

13.  **Custodian of Records**
     Alabama Department of Industrial Relations
     Hearings and Appeals Division
     Montgomery, Alabama 36130

14.  **Shalonda Gordon**
     62 Fred Gordon Drive
     Hayneville, AL 36040

15.  **Ruth Heard**
     c/o Henry C. Barnett, Jr.
     Capell & Howard
     150 South Perry Street, Suite 3710
     Montgomery, AL 36102

16.  All individuals necessary for rebuttal

                                          /s/ Heather N. Leonard
                                          Heather N. Leonard
                                          ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216
(205) 978-7899 voice
(205) 278-1400 fax
Heather@HeatherLeonardPC.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Henry C. Barnett, Jr.
  Capell & Howard
  150 South Perry Street, Suite 3710
  Montgomery, AL 36102

          /s/ Heather Leonard
          Of Counsel