IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TARSHA NICKOL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:07-cv-427-WHA |
| MOBIS ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S EXHIBIT LIST

Pursuant to Rule 26(a)(3), Federal Rules of Civil Procedure, the Plaintiff

hereby submits the following documents may be used at trial:

1.    Monthly Cost of Benefits (Defendant's Bates No. 00004);

2.    Status Change Form Signed 8/25/2006 (Defendant's Bates No. 00113);

3.    COBRA Notice (Defendant's Bates Nos. 00149-152);

4.    E-mail from Jay Kim to Tarsha Hunter dated August 2, 2006

      (Defendant's Bates No. 00173)

5.    E-mail from Tarsha Hunter to Sonechka Womack dated August 9,

      2006 (Defendant's Bates Nos. 00175-177);

6.    E-mail from Sonechka Womack to Tarsha Hunter dated August 14,

2006 (Defendant's Bates No. 00178);

7.   E-mail from Jay Kim to Sonechka Womack dated August 14, 2006 (Defendant's Bates Nos. 00180-183);

8.   E-mail from Tracy Riedler to Jay Kim dated August 23,2006 (Defendant's Bates Nos. 00198);

9.   Absence Request Form Signed June 16, 2006 (Defendant's Bates No. 00184);

10.  Vacation Request Form Signed July 25, 2006 and Doctor's Return to Work Slip (Defendant's Bates Nos. 00185-186);

11.  Absence Request Form Signed August 2, 2006 and Doctor's Return to Work Slip (Defendant's Bates Nos. 00187-188);

12.  Absence Request Form Signed August 3, 2006 (Defendant's Bates No. 00189);

13.  Absence Request Form Signed August 10, 2006 (Defendant's Bates No. 00190);

14.  Certified Department of Industrial Relations Record - Computer Screen Reflecting Reason Reported by Plaintiff for Termination (Plaintiff's Bates No. 0177);

15.  Certified Department of Industrial Relations Record - Computer

Screen Reflecting Parties' Statements  (Plaintiff's Bates No. 0179);

16.    Certified Department of Industrial Relations Record - Computer

Screen Reflecting Employer Statement as to Reason for Plaintiff's

Termination  (Plaintiff's Bates No. 0180);

17.    Certified Department of Industrial Relations Records - Daily Appeals

Report  (Plaintiff's Bates Nos. 0245-247)

18.    Excerpt from Dozier Elementary School Handbook (Defendant's

Bates No. 00196-197);

19.    Lost Wages Chart Attached to Plaintiff's Damages Filing;

20.    Multi-Staffing Attendance Policy (Defendant's Bates No. 00077);

21.    90 Day Performance Evaluation Signed 8/25/2006 (Defendant's Bates

No. 00114);

22.    EEOC Charge (Plaintiff's Bates No. 0008);

23.    Notice of Charge of Discrimination (Defendant's Bates No. 00118);

24.    Mobis's Response to Plaintiff's EEOC Charge  without Enclosures

(Plaintiff's Bates No. 0016-19)[1];

25.    Notice of Right to Sue (Plaintiff's Bates No. 0004);

---

[1]    To the extent that the enclosures may become necessary, the Plaintiff identifies
the enclosures as Plaintiff's Bates Nos. 0020-26).  However, the Plaintiff does not waive the right
to object to the authenticity and admissibility of one or more of the enclosures.

26.   Deposition transcripts of all depositions taken in this action as needed for purposes of impeachment and/or to refresh the memory of a witness;

27.   The Defendant's answers to interrogatories;

28.   The Defendant's answers to request for admission;

29.   The Defendant's answers to request for production;

30.   Any document necessary for rebuttal;

31.   Any document necessary for rehabilitation of a witness;

32.   Any document necessary for impeachment.


/s/ Heather N. Leonard
Heather N. Leonard
ATTORNEY FOR PLAINTIFF


OF COUNSEL:
HEATHER LEONARD, P.C.
2108 Rocky Ridge Road, Suite 1
Birmingham, AL  35216
(205) 978-7899     voice
(205) 278-1400     fax
Heather@HeatherLeonardPC.com

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry C. Barnett, Jr.
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102


/s/ Heather Leonard
Of Counsel