IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 2:07CV-427-WHA |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
|    Defendant. ) | |

## DEFENDANT'S WITNESS LIST

Pursuant to Fed. R. Civ. P. Rule 26(a)(3) and the Court's Uniform Scheduling Order dated June 28, 2007, Defendant Mobis Alabama, L.L.C. ("Mobis") submits the following witness list:

**A.   Witnesses Whom Defendant Expects to Present**

1. Tracy Riedler, Mobis.

    Ms. Riedler is a management employee and may be contacted through defense counsel.

2. Jay Kim, Mobis.

    Mr. Kim is a management employee and may be contacted through defense counsel.

3. Sonechka Wommack, former Mobis employee.

    Defendant has no information to indicate that Ms. Wommack's contact information has changed since Plaintiff's counsel subpoenaed her for a deposition.

4. Tarsha Nickol Hunter, Plaintiff.

**B.**     **Witnesses Whom Defendant May Call If The Need Arises**

    5.    Curt Bennett, Mobis.

    Mr. Bennett is a management employee and may be contacted through defense counsel.

    6.    Ruth Heard, Mobis.

    Ms. Heard is a management employee and may be contacted through defense counsel.

    7.    A representative of the following employment agencies to authenticate documents if necessary and to testify about plaintiff's contacts with them, if any, after she left Mobis on August 25, 2006:

    a.    Multi-staffing
    b.    Career Personnel
    c.    Blair Personnel
    d.    Professional Personnel/Jobs Alabama

    8.    A representative of the following medical providers to authenticate records, if necessary:

    a.    Dr. Pov
    b.    Physicians For Women

    9.    A representative from the following former employers of plaintiff to authenticate documents, if necessary:

    a.    Advanced Rehab
    b.    Alabama Orthopaedic Specialists
    c.    Benchmark/Rehab Associates
    d.    Extended Arm Physicians
    e.    Dr. Clemmie Palmer

    10.    Defendant reserves the right to call any custodian of records as may be required to authenticate documents.

    11.    Defendant reserves the right to call any paralegal as may be required to testify regarding sources of documents.

    12.    Defendant reserves the right to present at trial any witnesses identified by Plaintiff.

1122467.doc

13. Defendant reserves the right to present at trial any witness necessary for rebuttal.

14. Defendant reserves the right to present at trial any witness necessary for impeachment.

C. **Deposition Designations**

15. Defendant does not anticipate using any deposition testimony unless for rebuttal or impeachment. All witnesses identified are, at this time, expected to be present for live testimony at trial.

Defendant reserves the right to amend its Witness List as justice so requires.

Respectfully submitted this the 9th day of July, 2008.

> s/Henry C. Barnett, Jr.
> **HENRY C. BARNETT, JR.**
> **ASB-3256-N50H**
> **Attorney for Defendant**
> **Mobis Alabama, LLC**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8000
Facsimile:  (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of July, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Heather Leonard, Esq.
> Law Offices of Heather Leonard, P.C.
> The Gross Bldg.
> 2108 Rocky Ridge, Ste. 1
> Birmingham, AL 35216

> s/Henry C. Barnett, Jr.
> OF COUNSEL

1122467.doc