IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.:  2:07CV-427-WHA |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
|    Defendant. | ) |

## DEFENDANT'S EXHIBIT LIST

Pursuant to Fed. R. Civ. P. Rule 26(a)(3)(C) and the Court's Uniform Scheduling Order dated June 28, 2007, Defendant Mobis Alabama, L.L.C. ("Mobis") submits the following exhibit list:

1. Jay Kim's entire file on Tarsha Hunter produced as Mobis documents 169-198.

2. Selected documents from Plaintiff's personnel records produced as 00087-00204.

    Documents likely to be used are as follows:  87 & 88; 113; 114; 115; 116-117; 119; 120; 121-124; 137; 138; 141; 148; 149-152; 159; 160-161; 164; 166 & 168; 169-198; and, 199-204..

3. Documents produced by the Alabama Department of Industrial Relations in response to Plaintiff's subpoena to show that Mobis' reason for termination was attendance which Mobis puts under the category of overall performance. Documents likely to be used are as follows:  0177; 0179-0181; 0206-0208; 0215; 0217; 0231; 0243; 0245-0247; and 0257.

4. Mobis' Employee Handbook previously produced including Plaintiff's signed acknowledgement.

5. Plaintiff's payroll records produced as documents 00005-00014.

6. Career Personnel records produced as documents 00033-00047.

7. Alabama Orthopaedic Specialists records produced as documents 00048-00068.

8. Multi Staffing records produced as documents 00071-00085.

9. Records from Dr. Pou to show time and dates of appointments.

1

10. Records from Physicians For Women to show time and dates of appointments.

11. Records obtained from the EECO in response to Plaintiff's and Defendant's FOIA requests, including Plaintiff's EEOC Charge and related affidavit/letter to EEOC, Right to Sue Letter, and Plaintiff's counsel's request for Right to Sue Letter.

12. Records of Extended Arm Physicians.

13. Records from Dr. Clemmie Palmer.

14. Records from Alabama Orthopaedic Specialists.

15. Records from Troy State University.

16. Records from Rehab Associates.

17. Records from Wallace Community College.

18. Records from Advance Rehab.

19. Public court records relating to Plaintiff's prior eviction proceedings (Virginia Meadows Apartments and Pepper Tree Apartments).

20. Dozier Elementary Handbook, 2006-2007.

21. Any deposition exhibit.

22. Attendance records from Multi Staffing.

23. Public court records available online relating to Plaintiff's 2005 bankruptcy (Petition, list of creditors, debt total and discharge in 2005).

24. Plaintiff's income tax returns for 2006 and 2007.

25. Exhibit 1 to Tracy Riedler's Affidavit solely to show change in 90 Day Review Form. Defendant will attempt to find a clear copy of the old form or will redact Exhibit 1. Mobis will not inject the circumstances of Mr. Rudolph's termination into this case.

26. Documents relating to reasons for termination of Shalonda Gorden, if necessary.

27. Exhibit 1 to Supplemental Affidavit of Jay Kim.

28. Exhibit S to Mobis Reply Brief (Physicians For Women chart).

29. Documents produced in Defendant's initial disclosures.

30. Documents produced in Plaintiff's initial disclosures.

31. Documents produced by Defendant in discovery.

32. Documents produced by Plaintiff in discovery.

33. Documents identified by Plaintiff in her corresponding Rule 26(a)(3)(C) disclosure.

34. Deposition transcripts of all depositions taken in this action as needed for purposes of impeachment and/or to refresh the memory of a witness.

35. The Plaintiff's answers to interrogatories.

36. The Plaintiff's answers to request for admission.

37. The Plaintiff's answers to request for production.

38. Any document necessary for rebuttal.

39. Any document necessary for rehabilitation of a witness.

40. Any document necessary for impeachment.

Defendant reserves the right to amend its Exhibit List as justice so requires.

Respectfully submitted this the 10th day of July, 2008.

                                         **s/Henry C. Barnett, Jr.**
                                         **HENRY C. BARNETT, JR.**
                                         **ASB-3256-N50H**
                                         **Attorney for Defendant**
                                         **Mobis Alabama, LLC**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:     (334) 323-8888

1122561.doc

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 10th day of July, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Heather Leonard, Esq.<br>
Law Offices of Heather Leonard, P.C.<br>
The Gross Bldg.<br>
2108 Rocky Ridge, Ste. 1<br>
Birmingham, AL 35216

                                       **s/Henry C. Barnett, Jr.**
                                       OF COUNSEL