**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| TARSHA NICKOL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:07-cv-427-WHA |
| | ) | |
| | ) | |
| MOBIS ALABAMA, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Objection to Defendant's Witness List (Doc. # 37), filed

on July 10, 2008,  it is

ORDERED that the Defendant shall show cause, if any there be, **on or before July 18**,

**2008** why the Plaintiff's objections should not be sustained.  The objections will be taken under

submission on that day for determination without oral hearing.

DONE this 11th day of July, 2008.


 /s/ W. Harold Albritton
 W.  HAROLD ALBRITTON
 SENIOR UNITED STATES DISTRICT JUDGE