IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No.: 2:07-CV-427-WHA |
| vs. | ) |
| | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
|     Defendant. | ) |

## MOTION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant, MOBIS Alabama, LLC (hereinafter "MOBIS"), and moves the Court to extend the deadline for MOBIS to respond to Plaintiff's objections to its Witness List, such response otherwise being due on Friday, July 18, 2008. As grounds therefore, MOBIS states that the joint motion for dismissal with prejudice will very likely be filed in the near future and that is expected to be known whether this will occur by Friday July 18, 2008 or Monday, July 21, 2008.

Plaintiff's counsel does not object to this extension.

THEREFORE, MOBIS respectfully requests that the deadline for its response to Plaintiff's objections to its Witness List be extended Tuesday, July 22, 2008.

Respectfully submitted on this the 17th day of July, 2008.

                                              /s/ Henry C. Barnett, Jr.
                                              **HENRY C. BARNETT, JR. (BAR037)**

                                              *Attorneys for Defendant*

**OF COUNSEL**:
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102
Telephone:  (334) 241-8059
Facsimile:   (334) 323-8888

## CERTIFICATE OF SERVICE

     I hereby certify that on the 17th day of July 2008, I served a copy of the foregoing document on those persons listed below via email transmission and by placing same in the United States Mail postage prepaid and properly addressed.

Heather N. Leonard
Heather N. Leonard, P.C.
2108 Rocky Ridge road
Suite 1
Birmingham, Alabama 35216

        /s/ Henry C. Barnett, Jr.
        OF COUNSEL