IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA NICKOL HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-427-WHA |
| ) | |
| ) | |
| MOBIS ALABAMA, LLC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's unopposed Motion to Extend Deadline for Response to Plaintiff's Objections to Defendant's Witness List (Doc. # 41), and for good cause shown, it is hereby ORDERED that the deadline presently set for Friday, July 18, 2008, shall be extended until **Tuesday, July 22, 2008**.

DONE this 17th day of July, 2008.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE