IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TARSHA NICKOL HUNTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:07-CV-427-WHA |
| vs. | ) |
| | ) |
| **MOBIS ALABAMA, LLC,** | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREUDICE

**COME NOW** the Parties, by and through their counsel of record, and move this Court to dismiss the above-styled case with prejudice, with each party to bear its own costs and attorneys fees.

Respectfully submitted on this the 4th day of August, 2008.


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR.
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069


s/Heather Leonard
HEATHER LEONARD
HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216

JSOD.doc